# E-filing

## COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name ___Walker_____Jeffery_____E_____

   (Last)            (First)          (Initial)

Prisoner Number ___F11343_____

Institutional Address ___CMF P.O.Box 2000 Vacaville Ca.95696-2000___

_____

===================================================================

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

**CRB**

Jeffery Eugene Walker  Sr.

(Enter the full name of plaintiff in this action.)

CV } 08        1265 (PR)

                    vs.

Jane Doe_____

County Jail & State Of california

City and County of Sanfrancisco

Mental Health Department_____

(Enter the full name of the defendant(s) in this action)

Case No. ___1265_____
(To be provided by the clerk of court)

**COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C §§ 1983**

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.     Exhaustion of Administrative Remedies

[**Note:** You must exhaust your administrative remedies before your claim can go

forward. The court will dismiss any unexhausted claims.]

A.     Place of present confinement ___California Medical Facility___

B.     Is there a grievance procedure in this institution? Was there a grievance

Procedure      YES (×)     NO ( )

C.     Did you present the facts in your complaint for review through the grievance

procedure?

          YES( )     NO (X)

D.     If your answer is YES, list the appeal number and the date and result of the appeal at

COMPLAINT                     - 1 -

each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal ___None_____

_____

_____

2. First formal level ___None_____

_____

3. Second formal level ___None_____

_____

4. Third formal level ___None_____

_____

_____

E.    Is the last level to which you appealed the highest level of appeal available to you?

YES ( )       NO ( )

F.    If you did not present your claim for review through the grievance procedure, explain
why. ___I was Placed on 51/50 hold and transfered to SanFrancis-
co. Hospital and placed on suicide watch. Then the next day on
1-18-06 I was Taken to SanQuentin State Prison. See: added pg

II.    Parties

A.    Write your name and your present address. Do the same for additional plaintiffs, if any.
___Jeffery Walker Sr F11343,P.O.BOx 2000,Vacavill Ca.
95696-2000
_____

B.    Write the full name of each defendant, his or her official position, and his or her place of
employment.
Jane doe County Jail Officer 850 bryant St. SanFrancisco
Ca.94103     Sanfrancisco county Jail Same as above

Mental Health department the same

**COMPLAINT**                        - 2 -

1

2

3 While at sanQeuntin State Prison I had Been Under mental health treatment and

4 Have been having problems mental health wise were I suffer from several mental

5 That have cuased me  not to be able to concentrate or complete projects nor do

6 I stay focused.I am still Under treatment  but am doing my best to try and file

7 this complaint.

8 I wrote the jail and requested Forms  to No avail.They refuse to respond to any

9 of my letters.

10 So I contacted Internal Affairs  415 554-2380 Agent Quantico who came to The

11 Prison and Interviewed me concerning this claim and several other claims I told

12 Them about.

13

14 I Jeffery Walker Swere under Penalty of Perjury the foregoing statement is True

15 X--*Jeffery Walker*----------Date---*1-13-08*---------

16 You can call the number noted above and ask for Agent Quantico

17

18

19

20

21

22

23

24

25

26

27

28

See Added Page

Statement Of Facts

1 _____

2 _____

3 _____

4 III.    Statement of Claim

5          State here as briefly as possible the facts of your case. Be sure to describe how each

6 defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any

7 cases or statutes. If you have more than one claim, each claim should be set forth in a separate

8 numbered paragraph.

9 _____

10 _____

11 _____

12 _____

13 _____

14 _____

15 _____

16 _____

17 _____

18 _____

19 _____

20 _____

21 _____

22 IV.    Relief

23          Your complaint cannot go forward unless you request specific relief. State briefly exactly what

24 you want the court to do for you. Make no legal arguments; cite no cases or statutes.

25 1.compensatory damages

26 2.Punative Damages

27          _____See: Added page_____

28 _____

COMPLAINT                          - 3 -

Statement of claim

1

2 On 1-17-06 Defendant Jane doe gave Plaintiff a razor in Unit 2 d Section were
3 Plaintiff was housed.

4 2.Plaintiff Then cut his wrist cuasing Alife time hand injury,Nerve damage,
5   Permenant Scar,as well as mental health Life time issues.

6 3.Staff were aware that plaintiff was not to be given any razors becuase of
7   Being on Five day follow up from mental health were he had previously been
8   housed for several suicidal attempts with a razor blade,and other objects.

9 4.Prior to placement in that unit plaintiff had been suffering from depression
10  and other mental health issues.

11 5.Plaintiff had only been moved out of mental health becuase of an assualt by
12  Staff officer Complaint and should not have been placed in that section were
13  there is no mental health appropriate monitoring.

14 6.On 1-17-06 Plaintiff had went to court and recieved a 12 year sentence and
15  Was not in control of his actions.He was feeling depressed and started to
16  Feel trapped and caged like a slave and other mental health issues that cuase
17  Him to cut his wrist. see: Exhibit(A) vol. C Medical Reports.

18 7.There is a procedural policy about giving razors and a Time for them to be
19  given and not to be given.

20 8.There is also a procedural policy concerning inmates that come from mental
21  health housing

22 9.It was after noon and Officer jane doe was not supposed to give any razors at
23  That time.

24 10. After Slicing wrist Plaintiff was taken out of his cell and placed in a
25   Restraint chair awaiting a clearance and transport to Sanfrancisco General
26 11.The medical department at the jail evaluated him and made orders to transport
27 12.At the hospital Plaintiff recieved stitches and hand placed in a brace as
28 well as placed on suicide watch and medication administered.

I swere under penalty of perjury the fore going statements
are true x Jeffery Eugene Walker Sr. 1-13-06
Jeffery Eugene walker sr.

Relief Requested

3 Jane doe is an officer employed by the city and county of Sanfrancisco

4 she is being sued in her individual capacity.

5 Becuase of her neglegence and failure to follow the procedural policy

6 concernig razors being passed out Plaintiff was able to injure himself

7 3.Because of Jane does Neglegence and failure to go by procedural policy

8   concerning five day follow up mental health patience moved to that wing

9   plaintiff was able to Injure himself

10 4.Jane doe was Unit floor officer working that day and should have been fam-

11  iliar with regulations in her wing.

12 5.Had this officer been aware of such this incedent would not have accured.

14 6.This officer jane doe have acted and continue to act under color of state

15   Law at all times relevant to this complaint.

16 7.Becuase of this officer jane doe actions and acting under color of author-

17   iety when violating such orders leaves the city,county & state reliable

18   so they are also being sued.

19 7The mental health department are also being held liable for failing to

20   house plaintiff in the appropriate housing knowing he had a history of

21   suicide attempts or self injurous behavior.

22 8 Therefore mental health department are also being sued.

Plaintiff Request

24 1.Compensatory damages

25 2.punative damages

26 3.And any other legal damages that Plaintiff is not legaly aware of in

27   the amounts: The jury deems appropriate for such as the claims.

See: Exhibits (A) ♦ ( ♦ )  ( B ) ( C )

Medical documents

Request For Counsel

Reasons Noted for request

1.I am an E.O.P Inmate at vacaville State prison.E.O.P Is Extended out patient
Program for mental health patients who have mental illnesses that in able ther
to function on a main line.

2.My mental illness as noted in exhibit causes me to not stay focused were I
loose my concentration and or am so depressed that I just dont finish what I
Start.

3.Also because of the seriousness of the claim against both the medical mental
health department Makes it unlikely I could Investigate the facts and gather
witnesses who were present at the time.

A.This will also require Extensive documentary discovery,depositions of jail
and mental health officials.or access to witnesses I cannot get to, such as,
inmates thats been released or sent to various prisons etc.
please note that the Sanfrancisco general hospital has a policy stating they
no longer will give incarcerated inmates copies of medical or mental health
records.

B there will be possible conflicting evidence implicating the need for cross
examination,will be important to the case.I do expect the facts to be disp-
uted as I am now an inmate in prison to were the defendant will have exper-
ienced attornees who will use this against me in defense to get away from
the issues at hand complained of.

C there are factors legaly that will and have presented great difficulty for
me when it comes to research,I have never graduated and my mental health con-
dition will gravely affect me.

D there are also complex and difficulty of the case.were Im not sure who all
to sue and what all laws cival violated

Contenued Page On

1                              Request for Counsel

2

3  E.Also the fact that the case will be tried infront of a jury presents a

4   problem.I do not have a high degree of trial skills.

5  F.Infact Tommorow I may not even feel like responding to any court orders

6    because of my mental condition.

7  Well This request is respectfult submited.

8

9                              Thank You

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4   I declare under penalty of perjury that the foregoing is true and correct.

5

6   Signed this _13_ day of _January_, 20_08_

7

8   _Jeffery Eugene Walker Sr_

9   (Plaintiff's signature)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT                                    - 4 -

1. Information on Incident 1-17-06

EXHIBIT A

medical

voc c

Walker, Jeffery

F11343

SAN FRANCISCO GENERAL HOSPITAL
DEPARTMENT OF PSYCHIATRY
PATIENT DISCHARGE/AFTERCARE PLAN

**NAME:  Walker, Jeffrey**

F11343

DOB: 09/18/1963

MRN: ~~01925432~~ 01625432

| ADMISSION DATE: | ADMITTING UNIT: | LEGAL STATUS: |
|---|---|---|
| 1/17/2006 | 7L | 5150 |
| DISCHARGE DATE: | DISCHARGE UNIT: | LEGAL STATUS: |
| 1/18/2006 | 7L | 5150 |

| DSM III-R MULTI-AXIAL DIAGNOSIS    (PRINCIPAL DIAGNOSIS IS **BOLD**) | ICD CODE |
|---|---|
| AXIS I:   **Depression NOS** | |
| AXIS II:   R/O cluster B personality traits (antisocial and borderline) | |
| AXIS III:  superficial L wrist laceration, HTN | |
| AXIS IV: continued incarceration AXIS V: Current GAF: Highest GAF in Past Year: unknown | |
| PROGNOSIS: Assuming patient compliance with all aftercare recommendations; 6 months: poor; 12 months: poor | |
| PPD | |

**BRIEF TREATMENT SUMMARY**

**HPI:**   42 yo AAM BIBP on 5150 for DTS after cutting his wrists in jail.  Patient reports planning suicide for some time, and was able to secure a razor, but won't name from whom.  He has attempted suicide by this means on several occasions in the past, including last week with a shieve.  He states he feels "very unhappy" with his life and "wants to end it".  He had a court appearance today, and thought there may be some chance he would go home.  Even though he is no longer facing a life sentence, when he returned to his cell he felt "trapped and caged; like a slave".  He related his court experience to being an unjustly persecuted AA man in shackles and said it felt like he was "living in a movie".  He endorses poor sleep, decreased appetite, impaired concentration, and thoughts of suicide and harming others.  He states that he has intrusive thoughts of prior traumatic experiences, such as violence in prison.  He is able to contract for safety while here on 7L and agrees to let staff know if he is feeling impulsive or acutely suicidal.  He seems to have some insight and appears to genuinely want to change his life, but still exhibits poor judgment in terms of his impulse control.  He was intermittently tearful during the interview.

**Stressors:** Long term prison sentence with impending transfer to CDC.

**Past Ψ Hx:**  No prior ψhx before age 27. Past ψ diagnoses, per patient report, include PTSD (from witnessing inmate killings & "gladiator fights" that jail staff organized between him & other inmates; being sexually assaulted in jail), "personality disorder," and MDD.

Last transferred to 7L in 1/6/2006 on 5150 for DTS after appearing in court.  He then cut his wrists with a shieve and was taken to the medical ER for evaluation.  He has four previous suicide attempts in the last year, all with lacerations to wrists.  Past trial of prozac for a total of 2 days during admission in 9/05; unclear why patient did not continue.

**Substance Hx:**  Denies significant drug or etoh use in the past.

**Past Medical Hx:**  Questionable h/o HTN; unclear if patient on antihypertensives in the past.  BP mildly elevated on admission.

**Medications:** None.

**Allergies:** Elavil --> tongue swelling,  difficulty speaking

**Family Hx:** Uncertain about exact diagnoses, but believes there is significant family psychiatric history on father's side.

**Social Hx:** Educated to 11th grade. Took outside business courses afterwards and started his own business. Spent much of his career as a businessman in the entertainment industry. In jail from 1991-2000. Back in jail as of 6 months ago.

**MSE on Admission:**
Appearance/Behavior:   partially dressed in jail attire, neatly groomed beard, good EC
Speech: fluent, normal rate, rhythm and tone, low volume
Motor: no PMA/PMR
Mood: "very unhappy"
Affect : mood congruent, tearful at times
Thought Process: circumstantial, redirectable
Thought Content: +SI/HI, no AH/VH, intrusive violent/disturbing thoughts
Insight/Judgement: fair/poor

**Hospital Course:** Following admission the patient was calm and cooperative. He slept well through the night and requested prn ativan and benadryl. He also requested tylenol for his wrist, which effectively controlled his pain. He was started on a 5 day course of keflex 500 mg po qid, per the ED staff. His L arm remained splinted and bandaged to prevent further irritation or damage to the site. BP's remained elevated in 140-150s systolic. The patient has a h/o poor impulse control and similar behavior around court dates and housing changes. He is known to the system for repeated parasuicidal behavior and has not benefited from acute psychiatric interventions in the past. He is currently facing a transfer to CDC and a long term prison sentence, which likely triggered this event. Although he was tearful on admission, he was able to contract for safety with regards to acute suicidality or other impulsive thoughts. Today he is more entitled and demanding. He is more irritable and vague when questioned about psychiatric symptoms. He is not likely to benefit from initiation of psychiatric meds or further acute intervention; his presentation is more consistent with cluster B personality d/o.

**Pertinent Labs:** CBC/diff, Chem 10, LFT's, TSH, B12 all wnl

**MSE on Exit:**
**Appearance/Behavior:** dressed in hospital gown, cooperative, slightly irritated, good ec
**Speech:** fluent, normal rate, rhythm and tone, low volume
**Mood:** "I'm not feeling very good. I'm getting frustrated; I want to talk to my lawyer."
**Affect:** mood congruent, full range
**Thought Content:** mild SI "I'm still thinking I might be better off ending it all", no HI, no AH/VH
**Thought Process:** linear, goal directed
**Cognition:** A&O x 3
**Insight/Judgment:** poor/poor

Walker
F11343

| LICENSED PHYSICIAN DISCHARGING PATIENT | | | MEDICAL ISSUES: |
|---|---|---|---|
| SIGNATURE | LICENSE NO. 068551 | | None acute |
| PRINT NAME WOODARD | RNDD NO. (IF REQ.) | | INTERN/ACTING INTERN/PRIMARY THERAPIST SIGNATURE<br>Tierney Caselli, MD #090654 |

**DISCHARGE MEDICATIONS (THIS IS A PRESCRIPTION. ONE DRUG PER LINE. PRINT CLEARLY)**

| DRUG NAME | DOSE | QUANT. | DIRECTIONS FOR MEDICATION | DRUG CODE |
|---|---|---|---|---|
| Keflex | 500 mg | | PO four times a day (AM, noon, eve, bedtime) X 10 days. | |
| Suture removal in 1/24/06 | | | | |

- Addendum:
Pt is very dramatic. Superomaly bizarre. Threatening self-harm
if sent to prison. Does not meet criteria for MDD
manipulating for secondary gain.

(#) Pt should be evaluated by Psychiatry upon
arrival @ CDC.

Has high potential for acting out

Woodard
QU855

SAN FRANCISCO GENERAL HOSPITAL
MEDICAL CENTER
INPATIENT PROGRESS RECORD

Name: WALKER, Jeffrey
DOB:9.18.63
B#:01625432

F11343

Date: 01/17/2006                    R1 ADMISSION NOTE

**HPI**   42 yo AAM BIBP on 5150 for DTS after cutting his wrists in jail. He has attempted suicide by this means on many occasions in the past, including last week. He said he has been planning it for some time, and was able to secure a razor, but won't name from whom. He states he feels "very unhappy" with his life and "wants to end it". He had court today and thought he may get to go home. Even though he is no longer facing a life sentence, when he returned to his cell he felt "trapped and caged; like a slave". He related his court experience to being an unjustly persecuted AA man in shackles and said it felt like he was "living in a movie". He endorses poor sleep, decreased appetite, impaired concentration, and thoughts of suicide and harming others. He is able to contract for safety while here on 7L and agrees to let staff know if he is feeling impulsive or acutely suicidal. He seems to have some insight and appears to genuinely want to change his life, but still exhibits poor judgement in terms of his impulse control. He was tearful during our interview.

**Stressors**   arrest, possible long term sentence

**Past Ψ Hx**   (-) prior ψHx before age 27. Past ψ dx's (per pt self-report) of PTSD (from witnessing inmate killings & "gladiator fights" that jail staff organized between him & other inmates; being sexually assaulted in jail), "personality disorder," and MDD.

.- Last transferred to 7L in 1/6/2006 on 5150 for DTS after appearing in court. He then cut his wrists with a shieve and was taken to the medical ER for evaluation. He has four previous suicide attempts in the last year, all with lacerations to wrists.

Past trial of PROZAC (from 9.3.05 visit) x 2d.

**Substance Hx**   Denies significant use of TOB, EtOH, or illicit drugs (past or present). Remote hx of experimentation only.

**Past Medical Hx**   HTN; PPD neg in 07/05

**Medications**   None current.

**Allergies**   Elavil -->

**Family Hx**   Uncertain about exact dx's, but believes there is signifcant FmψHx on father's side.

**Social Hx**   Educated to 11th grade. Took outside business courses afterwards and started his own business. Spent much of his career as a businessman in the entertainment industry. In jail from '91 to '00. Back in jail, again, as of 6 mos ago.

**Phys. Exam**   PER ED: Vitals: 148/90  75  16  100%  36.5
General:  tearful, restrained in chair, cooperative
Head: NCAT; EOMI, sclera injected;
CV: RRR, no m/r/g
Pulm: CTAB
GI: NT/ND/+BS
Ext: L wrist shallow 6 cm transverse lac with small nick to flexor tendon; cap refill, ROM intact
Neuro: A&O x 3

**MSE**   Appearance/Behavior:  partially dressed in jail attire, neatly groomed beard, good EC
Speech: normal rate, rhythm, tone, low volume
Motor: no PMA/PMR
Mood: "very unhappy"
Affect :  mood congruent
Thought Process: circumstantial, redirectable to goal
Thought Content: +SI/HI, no AH/VH
Insight/Judgement: fair/poor

Tierney Caselli, MD
#090654

SAN FRANCISCO GENERAL HOSPITAL
MEDICAL CENTER
INPATIENT PROGRESS RECORD

Name: WALKER, Jeffrey
DOB:9.18.63
B#:01625432

F11343

**Labs**        CBC/diff, Chem 10, LFTs, TSH, B12, RPR, Utox

**Assessment**    Axis I:    Depression NOS
                  Axis II:   Cluster B traits (antisocial and borderline)
                  Axis III:  ?HTN
                  Axis IV:   Recent arrest, possible life sentence.

**Plan**          1.   Psych: prn ativan, benadryl and haldol; consider antidepressant
                  2.   Medical: L wrist lac dressed in ED; keflex 500 q6h x 5 days
                  3.   Drug Abuse: utox pending
                  4.   Precautions: Assault 2, Sex 2, Suicide 2
                  5.   Legal Status: 5150 expires 1/20/06
                  6.   PPD status: negative in 7/05
                  7.   Disposition: Return to jail when stable.

Mother (Luanna Walker) at 408.251.1195

This case was discussed w/ my b/u attending Dr. Francis Lu.

**Tierney Caselli, MD**
**#090654**

**Community Health Network**

San Francisco General Hospital
Medical Center

NAME
WALKER , JEFFREY
DOB 09/18/1963   M 01625432 P T
MRN
PCP 2543201212      01/17/06
F11343
Patient ID / Addressograph

## INTER/INTRA-FACILITY
## PATIENT TRANSFER SUMMARY

Directions:  Place a √ mark, circle or complete as appropriate. Item N/A if left blank.

Date: 1-18-06
To: CDC
Via:
☐ Paramedic
☐ RN/MD
☐ Ambulance
☒ Other: SFSD
☐ Medical Summary sent with patient.

Primary Language: English   Other: SFSD

Dx: Depression NOS

Hx: Cluster B Personality traits

Allergies (Incl. reactions): Ebvil-tongue swelling   ☐ NKA

Code Status: Full code

Advance Directive: ☒ No  ☐ Yes, name: _____

**Systems Assessment:**
**NEUROLOGICAL**
☐ Oriented x3    ☐ Confused    ☐ Lethargic    ☐ Comatose

Restrained (Type/Reason): _____

Sleep Pattern: _____

Communication Needs: _____

**CARDIOVASCULAR**  Time: _____
T Ref.    P 82    BP 143/88    Hct _____

Peripheral IV Site/Gauge: _____  Date Placed: _____

Central Line Type/Location: _____  Date Placed: _____

**RESPIRATORY**    Time: _____
RR 16    Mode/FiO2/LPM: _____

O2 Sat %: ___ Suction freq.: Q ___ CPT freq: Q ___

CT:    R/L    ☐ H2O Seal    ☐ Suction @ 20cm H2O

**GASTROINTESTINAL**
Last BM/Guaiac: _____ Diet: _____

Bowel Sds: _____ Last Feeding: _____

**GENITOURINARY**
☐ Foley Time DC'd: ___ DTV: ___ Last Void: ___

Totals since 0600:    Intake ___    Output ___

**PSYCH/SOCIAL** ☐ Next of Kin notified: CP
Name: _____

**SELF-CARE DATA**   KEY: I=Independent A=Partial Assist D=Dependent I

| | | | |
|---|---|---|---|
| Bathing | I A D | Ambulation/Transfer | I A D |
| Dressing | I A D | Bladder Management | I A D |
| Oral Hygiene | I A D | Bowel Management | I A D |
| Eating | I A D | | |

**SKIN/WOUNDS/PRESSURE ULCERS**
Location    Type (Red, Yellow, Black)/Stage    Treatment

**FOLLOW-UP APPOINTMENTS**
Clinic _____ Date/Time _____

**ACTIVE PATIENT CARE PROBLEMS/UNIQUE APPROACH**

**MEDICATIONS**

| Name | Dose/Route | Schedule | Last Given |
|---|---|---|---|
| Klefix | 500mg PO | qid | 1/18/06, noon |
| | | | |

**BELONGINGS/VALUABLES** (must complete)

| | Booked | Sent w/ pt | Home | None |
|---|---|---|---|---|
| Clothes | ☐ | ☐ | ☐ | ☐ |
| Dentures | ☐ | ☐ | ☐ | ☐ |
| Glasses | ☐ | ☐ | ☐ | ☐ |
| Valuables | ☐ | ☐ | ☐ | ☐ |
| Other: | ☐ | ☐ | ☐ | ☐ |

Primary Service Psych    Resident _____    Pager # _____

LVN signature: _____    ☐ Form has been reviewed by RN.

RN Evaluation: _____

☐ Report Faxed/Called: _____ Number: _____   RN Signature: _____ Number: _____

Abbreviations legend: DTV = Due to void   Sds = Sounds

State of California—Health and Welfare Agency

Department of Mental Health

## APPLICATION FOR 72-HOUR DETENTION
## FOR EVALUATION AND TREATMENT

*Confidential Client/Patient Information*
See California W & I Code Section 5328

MH 302 (8/98)

W & I Code, Section 5157, requires that each person when first detained for psychiatric evaluation be given certain specific information orally, and a record be kept of the advisement by the evaluating facility.

*Walter*
*F11343*

### DETAINMENT ADVISEMENT

My name is _____

I am a (Peace Officer, etc.) with (Name of Agency) You are not under criminal arrest, but I am taking you for examination by mental health professionals at (Name of Facility).

You will be told your rights by the mental health staff.

*If taken into custody at his or her residence, the person shall also be told the following information in substantially the following form:*

☐ **Advisement Complete**          ☐ **Advisement Incomplete**

Good Cause for Incomplete Advisement

You may bring a few personal items with you which I will have to approve. You can make a phone call and/or leave a note to tell your friends and/or family where you have been taken.

| Advisement Completed By | Position | Date |
|---|---|---|
| *(signature)* | *(M)* | *1/17/* |

To _____ *SF6H*

Application is hereby made for the admission of _____ *Jeffrey Walker*

residing at _____, California, for

72-hour treatment and evaluation pursuant to Section 5150, (adult) et seq. or Section 5585 et seq. (minor), of the Welfare and Institutions Code. If a minor, to the best of my knowledge, the legally responsible party appears to be/is: (Circle one) Parent; Legal Guardian; Juvenile Court as a WIC 300; Juvenile Court as WIC 601/602; Conservator. If known, provide names, address and telephone number:

• • • • • • • • • •

The above person's condition was called to my attention under the following circumstances: (See reverse side for definitions)

*Psych consult*

The following information has been established: (Please give sufficiently detailed information to support the belief that the person for whom evaluation and treatment is sought is in fact a danger to others, a danger to himself/herself and/or gravely disabled.)

*Patient seen in MER 3R including recent laceration with a razor in reported suicide attempt. Patient reports depressed mood, and auditory hallucination flashbacks of prior person experience. Patient requires further evaluation.*

Based upon the above information it appears that there is probable cause to believe that said person is, as a result of mental disorder

☑ **A danger to himself/herself.**  ☐ **A danger to others.**  ☐ **Gravely disabled adult.**  ☐ **Gravely disabled minor.**

| Signature title and badge number of peace officer, member of attending staff of evaluation facility or person designated by county | Date | Phone |
|---|---|---|
| *(signature)* | *1/17/06* Time *730* | *706-8125* |

| Name of Law Enforcement Agency or Evaluation Facility/Person | Address of Law Enforcement Agency or Evaluation Facility/Person |
|---|---|
| | |

☐  Weapon was confiscated and detained person notified of procedure for return of weapon pursuant to W & I Code Section 8102.
(officer/unit & phone #) _____

## NOTIFICATIONS TO BE PROVIDED TO LAW ENFORCEMENT AGENCY

NOTIFICATION OF PERSON'S RELEASE FROM AN EVALUATION AND TREATMENT FACILITY IS REQUESTED BY THE REFERRING PEACE OFFICER BEACUSE:

☐  Person has been referred under circumstances in which criminal charges might be filed pursuant to W & I Code Sections 5152.1 and 5152.2.
Notify (officer/unit & phone #) _____

☐  Weapon was confiscated pursuant to W & I Code Sections 8102.
Notify (officer/unit & phone #) _____

SEE REVERSE SIDE FOR INSTRUCTIONS

5113 43

WALKER, JEFFREY
09/18/1963 M 01625432 P T

Addressograph

**Patient Name:** Walker, Jeffrey

**Attending:** Dr Woodard

| Admit Date | Gender | Age | Race |
|---|---|---|---|
| 1/17/06 | M | 42 | AA |

**Language spoken:** English

## Diagnosis

**Axis I** Depression NOS

**Axis II** R/O Antisocial / Borderline personality

**Axis III** HTN ?

**Allergies:** Elavil
(medication/ food/ latex/ pollen/ pet dander/ etc.)

## Presenting Problem 01/17/06

42 y.o. AA ♂, c̄ [illegible] admitted from CR#2 after pt seen by PES & attempted SA [illegible] cutting [illegible] [illegible] wrist c̄ razor in jail. 6 sutures, 6 cm cut. [illegible] wrist splint [illegible] reinforced by tubergauze applied by MD. Pt reportedly depressed, experiencing [illegible] of flashbacks of prior prison experiences. PTS on [illegible].

| Legal Status | Start | EXP | Discharge Plan | REFERRED | APPROVED | READY | FACILITY |
|---|---|---|---|---|---|---|---|
| 5150 | 1/17 | 1/20 | L T C | ☐ | ☐ | ☐ | |
| Time | 1730 | | ADU | ☐ | ☐ | ☐ | |
| 5250 | | | HOME | ☐ | ☐ | ☐ | |
| TCON | | | HOTEL | ☐ | ☐ | ☐ | |
| PCON | | | CRT | ☐ | ☐ | ☐ | |
| 6000 | | | SA TX | ☐ | ☐ | ☐ | |
| Reised | | | SPR | ☐ | ☐ | ☐ | |
| Other | | | OTHER | | | | |

**Special Needs:** (Wound Care, I&O, Behavior Plan, DNR, etc.)
- Pt on 5 days lock-up by deputy
- Continue from jail. ([illegible])

**Vital Signs:** q shift x 4, then q day
☐ **Fingersticks** Ø
☐ **ETOH WD Protocol Expires:** Ø
☐ **Opiate WD Protocol** Ø

**PPD Status :** (−) [illegible]

**Diet :** Reg

**Learning Needs:** Pt: "as long as your profession can help me stay"

**Preferences / Preferred Method Of Learning -** Verbal

**Barriers to Learning -** Ø

**Cultural Concerns / Spirituality:** Christianity

**Patient Identified Coping Skills:** Used to be an entertainer (dancing, music).

| Precautions | Date | Level | Initial | Date | Level | Initial | Date | Level | Initial |
|---|---|---|---|---|---|---|---|---|---|
| Assault | 1/17 | 2 | [illegible] | | | | | | |
| Suicide | 1/17 | 2 | [illegible] | | | | | | |
| Sex | 1/17 | 2 | [illegible] | | | | | | |

| Privileges | Date | Yes | No | Initial | Date | Yes | No | Initial |
|---|---|---|---|---|---|---|---|---|
| Patio pass | | | | | | | | |
| Other | | | | | | | | |

| Precautions | Date | Yes | D/C | Initial | Date | Yes | D/C | Initial | Date | Yes | D/C | Initial |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AWOL | | ☐ | ☐ | | | ☐ | ☐ | | | ☐ | ☐ | |
| Falls | | ☐ | ☐ | | | ☐ | ☐ | | | ☐ | ☐ | |
| Fire | | ☐ | ☐ | | | ☐ | ☐ | | | ☐ | ☐ | |
| Seizures | | ☐ | ☐ | | | ☐ | ☐ | | | ☐ | ☐ | |
| Cheeking | | ☐ | ☐ | | | ☐ | ☐ | | | ☐ | ☐ | |
| Sharps | | ☐ | ☐ | | | ☐ | ☐ | | | ☐ | ☐ | |
| | | ☐ | ☐ | | | ☐ | ☐ | | | ☐ | ☐ | |

**Admitting RN:** [signature] **Date:** 1/17/06

*The admitting RN must sign the form in the above space. All other entries on the Kardex must be initialed. Enter initials and sign with full signature and title on the other side of this form. Discontinued items should be crossed out and initialed.*

## Initial Psychiatric Assessment

F11343

**History of Present Illness**

WALKER , JEFFREY
09/18/1963   M 01625432 P T

☐ See PES intake   ☐ See consult report   ☐ See JPS report

Additional Information: _____ 5150 DTS p̄ cut'g wrists in jail, en route ____ b25432201212 , 01/17/06

_A̅ c̄ DC⁻, able to contract for safety. Denied by has PTSD_

_from "gladiator fights" in prison. Trial of Trazo._

**Medical History**

☐ See PES intake   ☐ See consult report   ☐ See permanent database

Active medical problems:   ☐ No  ☐ Yes, Description: _APPO      reports allergy to flav_

PE completed: ☑ Yes,  ☐ No, Because ____ See ER notes ____

TB screening completed:  ☐ Yes (Result ___),  ☐ Pending (explain) ____

Substance Abuse: ☐ No,  ☐ Yes (explain) ____

　　　　Hx withdrawal: ☐ No, ☐ Yes (explain) ____

**Today's exam** *(patient complaint, objective findings)* ____

**The patient requires continued inpatient care because:** ____

_See D/C summary_

**Plan and Rationale:** ____

\

**Diagnosis:**

Axis I: ____

Axis II: ____

Axis III: ____

Axis IV: ____　　　　　Axis V: ____

MD Signature: ____   CHN#: _06151_   Date: _1. 18 06_   Time: _1330_

| MENTAL STATUS EXAM | | COMMENTS |
|---|---|---|
| **Appearance** Presenting Appearance: Basic Grooming and Hygiene: | ☐ WNL  ☐ Other ☐ WNL  ☐ Other | in jail attire, strapped in w/chair c Deputies on arrival. |
| **Behavior/ Psychomotor** Posture: Gestures/ Mannerisms: Gait and Motor coordination: Eye contact For culture: Mannerisms: | ☑ WNL  ☐ Other ☐ WNL  ☐ Other ☐ WNL  ☐ Other ☐ WNL  ☐ Other ☐ WNL  ☐ Other | |
| **Speech/ Language** Rate: Volume: Tone: | ☑ WNL  ☐ Other ☑ WNL  ☐ Other ☐ WNL  ☐ Other | |
| **Emotion** (Describe Any ✔'d) Affect: Mood: Mood related symptoms: | ☐ Inappropriate ☐ Euphoric ☐ Dysthymic ☐ Euthymic ☐ Sleep disturbance ☐ Sexual dysfunction ☐ Appetite disturbance ☐ Anhedonia ☐ Decreased Energy | • |
| **Cognitive Functions** Orientation: Consciousness: Attention/ Concentration: Memory:   Immediate   Recent (Last week or so)   Remote Intelligence: Abstract reasoning: | ☑ Person ☐ Place ☐ Time ☐ Situation ☐ Alert ☐ Confused ☐ Clouded ☐ Stuporous ☐ WNL  ☐ Other ☐ WNL  ☐ Other ☐ WNL  ☐ Other ☐ WNL  ☐ Other ☐ Above average ☐ Average ☐ Below Ave ☐ WNL  ☐ Other | guarded in situation. |
| **Thought Process:** Content: Suicidal/ Homicidal Ideation: Delusions: | ☐ Logical ☑ Circumstantial ☐ Loose  ☐ Word Salad ☐ Themes (describe) include ☐ Preoccupations (describe) ☐ Themes (describe) | |
| **Perceptions** Hallucinations: (Describe Any ✔'d) Illusions: | ☐ None ☐ Visual ☑ Auditory ☐ Command ☐ Tactile ☐ Gustatory ☐ None ☐ Other (describe) | ? elaboration. |
| **Judgment/ Insight** Real life judgment Medication adherence Awareness of illness | ☐ WNL  ☐ Other ☐ WNL  ☐ Other ☐ WNL  ☐ Other ☐ WNL  ☐ Other | pt recognizes safety & care in hospital. |

| SIGNATURE OF ADMITTING RN | | ☐ Interpreter Used |
|---|---|---|
| | | Time: |
| **Reassessment RN Signature** | | Date/Time: |

Walker
F11343

Page 4 of 4

COMMUNITY HEALTH NETWORK

**SAN FRANCISCO GENERAL HOSPITAL
MEDICAL CENTER**

**Behavioral Health Nursing**

**PATIENT ADMISSION DATABASE**

WALKER, JEFFREY
09/18/1963  M 01625432 P T

1625432012l2    01/17/0

PCP -

*Addressograph*

| Admit Date: | Time: | Unit: | Temp/ Pulse/ Resp/ BP: | Weight: ☑ stated ☐ measured | Height: ☑ stated ☐ measured |
|---|---|---|---|---|---|

**PROPERTY SCREEN**

| | | | | | |
|---|---|---|---|---|---|
| Valuables | ☑ None | ☐ Property Office | ☐ With Patient | ☐ Unit Storage | ☐ Home with ___ |
| Clothing | ☑ None | ☐ With Patient | ☐ Basement | ☐ Home with ___ | |
| Medication | ☑ None | ☐ Property Office | ☐ Home  Prosthesis | ☐ None ☐ Describe___ | Location ___ |

**UNIT ORIENTATION**

Search Level: ☐ 1  ☐ 2  ☐ 3
☐ Unable to orient         ☐ Unit Focus/ Schedule/ Unit Rules    ☐ Understands use of telephone
☐ Patient Rights           ☐ Understands Visiting Policy         ☐ ID band   ☐ Photo
RN/ LPT Signature ___                          Date/Time: 1/17/06 ___

**REASON FOR**

Source of Data: ☐ Unavailable  ☐   ☐   ☐ Medical Record  ☐ Family  ☐ Other ___

Admitting Diagnosis: ___
What is the reason you came ___
Have you been hospitalized in the last ___  ☐ No  ☐ Yes  Why? ___

**PAST MEDICAL HISTORY** | **PAST HOSP** | **PAST PSYCH HISTORY**

| | | | |
|---|---|---|---|
| ☐ None significant | ☐ Dizziness | | ☐ None |
| ☐ Asthma | ☐ GI Problems | | ☐ Anxiety |
| ☐ Arthritis | ☑ Hypertension | | ☐ Mania |
| ☐ Blood Transfusion | ☐ Renal Disease | | ☐ Depression |
| ☐ Cancer | ☐ Seizure | | ☐ Eating Disorder: |
| ☐ Cardiac | ☐ Stroke | | |
| ☐ COPD | ☐ HIV | | ☐ Dementia |
| ☐ Diabetes | ☐ Hepatitis Type | | ☐ Psychosis |
| ☐ Family history of | ☐ Headache | | ☐ Personality D/O: ___ |
| diabetes | ☐ Other: ___ | | ☐ Other: ___ |

**CURRENT**

Current Active Problems: ___

Allergies (e.g. foods, latex, pollens, animal dander, latex. Other medication allergies on page 2) ___

Date of last:  Menstrual period: ___  Pap smear: ___  Mammogram: ___
Medical Care Provider: ___
TB Status: Last PPD ___  ☐ History of + PPD
Current Problems with Skin Integrity: ___

Wound Location
Please mark with an X

☐ Foot Screen for patients with diagnosis of diabetes, note details ___

**ADVANCE DIRECTIVES/ ADVANCE**

| | | | |
|---|---|---|---|
| Medical Advance Directive: | ☐ NO, book given | ☐ Yes  ☐ Copy in chart | ☐ Notified Social Worker |
| Psychiatric Advance Directive. | ☐ NO | ☑ Yes  ☐ Copy in chart | ☐ Notified Social Worker |

**EDUCATIONAL ASSESSMENT**

| Motivational Level | | Challenges to Learning |
|---|---|---|
| ☐ Unable to participate | ☑ Verbal | ☑ None |  ☐ Cognitive / Attention |
| ☐ Asks questions | ☐ Written | ☐ Vision |  ☐ Reading skills |
| ☑ Seems interested | ☐ Audio / Visual aids | ☐ Hearing |  ☐ Financial |
| ☐ Cooperative | ☐ Demonstration | ☐ Language |  ☐ Cultural / Religious |
| ☐ Denies need to learn | ☐ Does not know | |  ☐ Other: |
| ☐ Uninterested | ☐ Other: | | |
| ☐ Too agitated or psychotic | | | |

5763214 (Rev. 10/04)              **Medical Record Original**              Page 1 of 4

## PAIN SCREEN

Do you have pain now? ☐ No ☑ Yes  Have you had a pattern of pain in the last __ weeks/months? ☑ No ☐ Yes

*If patient answers yes to either question complete questions below.*

Where is your pain? *wrist*

Has the pain affected:

| | | | | |
|---|---|---|---|---|
| Ability to do the things you would like to do? | ☐ No effect | ☑ Minimal effect | ☐ Moderate effect | ☐ Severe effect |
| Ability to sleep? | ☐ No effect | ☑ Minimal effect | ☐ Moderate effect | ☐ Severe effect |
| Appetite? | ☐ No effect | ☑ Minimal effect | ☐ Moderate effect | ☐ Severe effect |
| Relationships with other people? | ☐ No effect | ☑ Minimal effect | ☐ Moderate effect | ☐ Severe effect |
| Emotional well-being? | ☐ No effect | ☐ Minimal effect | ☑ Moderate effect | ☐ Severe effect |

### PAIN RATING

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|----|

No Pain                 Worst Pain

1. How intense is the pain now? _____
2. How intense is the pain at its worst? _____
3. How intense is the pain at its best/least? _____

**PAIN LOCATION**

Please mark site(s) of pain with an X.

Back                 Front

### PAIN DESCRIPTION

1. What is the pain like?
2. When did the pain start?
3. How long does it last?
4. Does it change or have a specific pattern?
5. What makes the pain get better?
6. What makes the pain get worse?

### PAIN MANAGEMENT

1. What are you doing now to control your pain? Is it working?
2. What medication have you used in the past to deal with your pain?
3. What treatments other than medication have you tried to deal with the pain? Did it work?
4. What impact does the pain have on your daily life?
5. What are your goals related to your pain management and the impact of pain on your life?

### MEDICATIONS

Adverse Drug Events  (allergies/ sensitivities/ interactions):                ☐ LCR checked / updated

Medications patient was taking prior to admission:

☐ See PES DATA Base  ☑ See Jail Psychiatric Services DATA Base
Describe patient's medication adherence prior to hospitalization.

### SPEECH/HEARING/VISION SCREEN

Primary Language: English                Secondary Language: _____

| | | | |
|---|---|---|---|
| SPEECH: | Impaired: | ☐ Refuses to speak/mute | ☐ Unable to speak |
| HEARING: | ☐ Hard of hearing R/L | ☐ Uses lip reading | ☐ Uses TDD |
| | ☐ Uses hearing aid R/L | ☐ Communicates with Sign Language | ☐ Deaf R/L |
| VISION: | ☐ Blind R/L | ☐ Impaired: | ☐ Uses glasses / contacts |

### PSYCHOSOCIAL DATA

Current living situation: ☐ Board & Care  ☐ Hotel  ☐ Home  ☐ Homeless  ☐ Other _____
Support system in community?   No   Yes  Who? _____

### SPIRITUAL/CULTURAL SCREEN

Wants Chaplain Services or spiritual counselor?   No   Yes
Special religious/spiritual/cultural consideration for hospitalization?   No   Yes  *Christianity*
Describe: _____

Walker
T.1243

## NUTRITIONAL RISK SCREEN

- ❑ Cachectic appearing/temporal wasting
- ❑ Open wound or wound healing
- ❑ Major surgery, chemo, radiation
- ❑ Multiple or severe diet restrictions
- ❑ Medical Diagnosis that may lead to nutritional deficits: i.e. new diabetic  Describe:

- ❑ Pregnant or lactating with complications or food restrictions
- ❑ Significant unplanned wt. Loss
- ❑ Daily vomiting/diarrhea for > 2 days
- ❑ No deficits noted

**If any checked refer to Dietitian and place on treatment plan.   Order # ___N/A___**

## FALL SCREEN     Schmid Fall Score     ✓ Check as indicated

| | | | | |
|---|---|---|---|---|
| **Mobility** | ❑ (0) ambulatory with no gait disturbance ✓ | ❑ (0) ambulatory or transfers with assistive devices | ❑ (1) ambulatory with unsteady gait and no assistive devices | ❑ (1) unable to ambulatory or transfer |
| **Mentation** | ❑ (0) alert, oriented x3 ✓ | ❑ (1) periodic confusion | ❑ (1) confusion at all times | ❑ (0) comatose or unresponsive |
| **Elimination** | ❑ (0) independent ✓ | ❑ (1) independent with frequency or diarrhea | ❑ (1) needs assist with toilet | ❑ (1) incontinence |
| **History of Falls** | ❑ (1) yes, before admission | ❑ (2) yes, during admission | ❑ (0) no ✓ | ❑ (1) unknown |
| **Current Medications** | ❑ (1) anticonvulsants, tranquilizers, or psychotropics | **Total Score** 1 | **Implement Fall Care Plan, if score 3 or > on admission or on qd assessment** | |

## SELF CARE CAPABILITIES / FUNCTIONAL SCREEN   ❑ Confer with MD for referral: PT / OT / SPEECH  (Circle)

| FUNCTION | I | A | D | U | PROBLEMS |
|---|---|---|---|---|---|
| | | | | | ❑ Denies problems, no risk |
| Ambulation / Balance | ✓ | | | | ❑ Newly identified weakness / paralysis |
| Transfers | ✓ | | | | ❑ Change in functional mobility (gait, balance, or transfer) |
| Use of WC/Walker | ✓ | | | | ❑ May benefit from adaptive equipment |
| Swallowing / Feeding | ✓ | | | | ❑ Patient reports difficulty swallowing |
| Dressing / Bathing / Hygiene | ✓ | | | | ❑ New onset of difficulty communicating (speaking, comprehension, memory) |
| Bladder management | ✓ | | | | |
| Bowel management | | | | | ❑ Newly identified difficulty in performing ADLs (feeding, dressing, etc.) |

I = Independent   A = Partial Assist   D = Dependent   U = Unable to determine

## ABUSE SCREEN

Is anyone causing you physical, emotional or financial harm?  ☑No  ❑ Yes
Describe:

If denied, is there any evidence of suspected abuse/neglect?  ❑ No  ❑ Yes
Describe:

## VIOLENCE SCREEN

Have you ever harmed others or yourself? (including sexual abuse) ❑ No  ☑Yes Describe: _feelings coming from jail,_

Known history of violence? (including sexual abuse) ❑ No  ❑ Yes Describe: _r te s/a, s/i in (same as clue)_ _incarceration_

## COPING SKILLS

What makes you angry, upset, anxious, or depressed? _"when not being heard"_

What have you done in the past to help yourself cope with uncomfortable feelings? _"did this" for c/o @ ID but_

## SUBSTANCE USE SCREENING

1. Do you smoke?  ❑ No ❑ Yes  How much, How often?     Given: ❑ Smoking Cessation Resource Sheet   ❑ 1-800-NO-BUTTS number

2. Do you use any drugs other than those prescribed by a physician?  ❑ No ❑ Yes  How much? How often?

3. Do you drink alcohol?  ❑ No ❑ Yes  How much, How often?

4. Have you ever had symptoms of withdrawal?  ❑ No ❑ Yes  Describe

5. Patterns of use? Include things such as loss of control over amounts, inability to consistently abstain from use, and relapse

F11343

---

**AUTHORIZATION:**                SF Gen Medical Record
                                          # 01625432

Name of Patient: Walker, Jeffrey
                            (Last   First,   MI)

Date of Birth: 09-18-1963        CDC Number: F11343

I hereby authorize San Francisco Gen Hospital                to furnish my health care records to:
                        (Name of Physician, Hospital or Health Care Provider)

                                                                MEDICAL RECORDS
                                                                NEUMILLER INFIRMARY
Dr Aydar 4o SanQuentin State Prison                             CALIFORNIA STATE PRISON
                        (Name and Address of Requestor)         SAN QUENTIN CA 94964

---

**USE/RESTRICTIONS:** ✳ Need Hand Surgeon dictation ✳
The disclosure of health care records authorized herein is required for the following purpose: _____
Follow-up treatment_____. Such disclosure shall be limited to the following specific types
of information: Dr Rachael Chin_____. I understand that
this shall include any records pertaining to **HIV status**, **mental health**, and **substance abuse**. _____ (I must
strikeout specifically and initial if any are NOT to be released).                      (Initials)

---

**DURATION/COPIES:**
This authorization shall become effective immediately and shall remain in effect until _____.
                                                                                        (Date)

I further understand that I have a right to receive a copy of this authorization upon request.
Copy requested:  ☐ Yes     ☐ No     If copy is requested, received by: _____.
                                                                        (Initials)

---

**INTERPRETER/READER NEEDS:**   (Complete only if needed)
Every word of this form needs to be:   (Check the appropriate box)

        ☐    interpreted into _____   ① I need ER Records. who entered lw
or                                       _____, ① wrist 1.17.06.
                                         and Hand Surgeon notes
        ☐    read to inmate.            his impression and for Follow up;
                                         He D/c I [instruction] requirement
Interpreted/Read by: _____         what instruction they give him
                        (Printed Name)           (Signature of Interpreter/Reader)         (Date)

Inmate's Signature: ✳ Jeffery Walker        Date: 1-24-06

---

**SIGNATURE:**
Signature: _____      Date/Time: _____
                    (Patient)

If signed by other than patient, attach paperwork showing authority to act.

---

**AUTHORIZATION FOR RELEASE OF
HEALTH CARE RECORD**
CDC 7385 (1/00)

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS



**COMMUNITY HEALTH NETWORK**

**SAN FRANCISCO GENERAL HOSPITAL MEDICAL CENTER**

PHYSICIAN ORDERS

# Antibiotic Order Sheet

NAME: WALKER ,JEFFREY
08/18/1963   M 01625432 P T

MRN 62543201212   01/17/06

PCP -

*F11343*

Patient ID / Addressograph

Adverse Drug Events (including allergies): _____

Non-drug Allergies: _____   Weight: _____ kgs. Serum Creatinine: _____

| Therapeutic Rationale (select one): | | Automatic Stop Order: |
|---|---|---|
| ☐ Surgical Prophylaxis | Procedure: _____ | **after 24 hours** |
| ☐ Suspected Infection | Site: _____ Pathogen: _____ | **after 72 hours** |
| ☐ Documented Infection | Site: _____ Pathogen: _____ | |

**Discontinue Following Antibiotic(s):**

| Drug | Dose | Route | q4h | q6h | q8h | q12h | q24h | q __ | X 1 | Duration X # Days |
|---|---|---|---|---|---|---|---|---|---|---|
| **Penicillins** | | (Circle) | | | | | | | | |
| Penicillin G | ☐ 2 Million Units | IV | | | | | | | | |
| | ___ Million Units | IV/IM | | | | | | | | |
| Ampicillin | ☐ 500 mg | PO | | | | | | | | |
| Ampicillin | ☐ 1 gm  ☐ 2 gm | IV | | | | | | | | |
| Nafcillin | ☐ 1 gm  ☐ 2 gm | IV | | | | | | | | |
| Ampicillin/ Sulbactam (Unasyn ®) | ☐ 1.5 gm  ☐ 3 gm | IV | | | | | | | | |
| Piperacillin/ Tazobactam (Zosyn®) | ☐ 2.25 gm | IV | | | | | | | | |
| | ☐ 4.5 gm | IV | | | | | | | | |
| **Cephalosporins** | | | q4h | q6h | q8h | q12h | q24h | q __ | X 1 | X # Days |
| Cefazolin | ☐ 1 gm | IV | | | | | | | | |
| Cephalexin | ☒ 500 mg | PO | | ✗ | | | | | | 5 days |
| Cefoxitin | ☐ 1 gm  ☐ 2 gm | IV | | | | | | | | |
| Ceftriaxone | ☐ 1 gm | IV | | | | | | | | |
| Cefepime | ☐ 1 gm  ☐ 2 gm | IV | | | | | | | | |
| **Aminoglycosides** | | | q4h | q6h | q8h | q12h | q24h | q __ | X 1 | X # Days |
| Gentamicin | ___ mg | IV | | | | | | | | |
| Tobramycin | ___ mg | IV | | | | | | | | |
| **Quinolones** | | | q4h | q6h | q8h | q12h | q24h | q __ | X 1 | X # Days |
| Ciprofloxacin | ☐ 250 mg ☐ 500 mg ☐ 750 mg | PO | | | | | | | | |
| Levofloxacin | ☐ 250 mg ☐ 500 mg | PO | | | | | | | | |
| **Other Antimicrobials** | | | q4h | q6h | q8h | q12h | q24h | q __ | X 1 | X # Days |
| Clindamycin | ☐ 300 mg  ☐ 450 mg | PO | | | | | | | | |
| Clindamycin | ☐ 600 mg  ☐ 900 mg | IV | | | | | | | | |
| Doxycycline | ☐ 100 mg | PO | | | | | | | | |
| Metronidazole | ☐ 500 mg | PO | | | | | | | | |
| Metronidazole | ☐ 500 mg | IV | | | | | | | | |
| Sulfamethoxazole/ Trimethoprim (Septra®) | ☐ 160 mg TMP (DS tablet) | PO | | | | | | | | |
| | ☐ 80 mg TMP (SS tablet) | PO | | | | | | | | |
| Septra® | ___ mg TMP | IV | | | | | | | | |
| Vancomycin | ☐ 500 mg ☐ 750 mg ☐ 1000 mg | IV | | | | | | | | |
| **Antifungals** | | | q4h | q6h | q8h | q12h | q24h | q __ | X 1 | X # Days |
| Fluconazole | ☐ 100 mg ☐ 150 mg ☐ 200 mg | PO | | | | | | | | |
| Amphotericin B | ___ mg | IV | | | | | | | | |
| Others | Dose | Route | Directions | | | | | | | X # Days |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

Date: 1/7/06  Time: 2645  Provider: _____  Print name  Signature and Title   090654  443079  Pager #  CHN ID #

Date: 1/17/06  Time: 2100  LVN/ UC signature _____

Date: 1/7/06  Time: 2005  RN signature _____

5799101 (Rev. 07/05)   Original - Medical Record   Copy - Department use   ☐ Faxed to Pharmacy



**Community Health Network**

**San Francisco General Hospital Medical Center**

**PHYSICIAN ORDERS**

NAME
WALKER , JEFFREY
DOB 9/18/1963  M 01625432 P T

MRN
62543201212    01/17/0

PCP
P -

PATIENT ID / ADDRESSOGRAPH

DRUG ALLERGIES:
(include reactions)  ☐ NKDA

INSTRUCTIONS:  1. Use ball point pen.
2. Doctors write in black ink.
3. Nurses write in red ink.
4. Nurses time and date order when transcribed.
5. Provider is to sign all orders and include CHN ID #.
6. Students and house staff are to indicate their year in training.

| DATE & TIME | PHYSICIAN ORDERS | SIGNATURE TITLE & CHN ID# |
|---|---|---|
| | JAN 18 2006 | |
| 1/18/06 0920 | D/C ativan prn. Start ativan 50 mg PO q 6h prn irritation, anxiety | Ciselli 090654 |
| 1/18/06 1100 | Patient is now on 5750 – please acute paperwork + 1° to acute status. D/C above order | Ciselli 090654 |
| 1/18/06 1330 | D/C pt to care of CDC | [signature] |

5772801. F726 (REV. 11/01)    Medical Record Original

# COMMUNITY HEALTH NETWORK
## SAN FRANCISCO GENERAL HOSPITAL
### MEDICAL CENTER

## MEDICATIONS (8 Hour Version)
### Department of Psychiatry

**UNIT:** _____

**ALLERGIES:**
WALKER, JEFFREY
09/18/1963 / M 01625432 P T
☐ No known Allergies

F11343

| Medication Dose/Route Freq/Schedule | | INIT. NSG | J.P TIME | DAY/DATE | DAY/DATE | DAY/DATE | DAY/DATE | DAY/DATE | DAY/DATE |
|---|---|---|---|---|---|---|---|---|---|
| Kellog 300 mg PO × 5 days 8 8 6 hr. 2630 - 1200 - 180 - 240 | ☐ Consent ☐ Reese | | 2300-0700 1500-2300 | | | | | | |
| | ☐ Consent ☐ Reese | | 0700-1500 2300-0700 | | | | | | |
| | ☐ Consent ☐ Reese | | 1500-2300 0700-1500 | | | | | | |
| | ☐ Consent ☐ Reese | | 2300-0700 1500-2300 | | | | | | |
| | ☐ Consent ☐ Reese | | 0700-1500 2300-0700 | | | | | | |
| | ☐ Consent ☐ Reese | | 1500-2300 0700-1500 | | | | | | |
| Omni cell profile compared with MAR and accurately reflects ordered medication regimen every night shift (2330-0700) | | | 0700-1500 2300-0700 1500-2300 | | | | | | |

**SITE CODE**

| (A) R-UOQ | (G) R- ILIAC CREST |
|---|---|
| (B) R-DELT | (H) L-ILIAC CREST |
| (C) R-DELT | (I) L-V-GLUTEAL |
| (D) L-DELT | (J) R-V-GLUTEAL |
| (E) R-THIGH | |
| (F) L-THIGH | |

Transcription Sig/Title

Signature/Title 2300-0700

Signature/Title 0700-1500

Signature/Title 1500-2300

Medical Record Original 2/13/04

# PRN and ONE-TIME MEDICATIONS
## Department of Psychiatry

GENERAL HOSPITAL MEDICAL CENTER

Unit: 7L

WALKER , JEFFREY
09/18/1963  M 01625432 P T

1625432012l2  01/17/01

**SITE CODE**

| | |
|---|---|
| (A) R-UOQ | (G) R-ILIAC CREST |
| (B) L-UOQ | (H) L-ILIAC CREST |
| (C) R-DELT | (I) LV-GLUTEAL |
| (D) L-DELT | (J) RV-GLUTEAL |
| (E) R-THIGH | |
| (F) L-THIGH | |

| ORDER DATE / STOP DATE | Medication Dose/ Route/ Frequency | Init | ALLERGIES |
|---|---|---|---|
| | Haloperidol 2.5 mg q 1hour PRN severe agitation, NTE 15 mg/24 hours □ Consent □ Refse | | □ No Known Allergies |
| | Lorazepam 2 mg PO q 1 hour PRN agitation, NTE 8 mg/ 24 hours □ Consent □ Refse | | |
| | Extra Strength Maalox 20 cc PO q 4 hours PRN dyspepsia, NTE 4 doses/ 24 hours □ Consent □ Refse | | |
| | Acetaminophen 650 mg PO q 6 hours PRN pain, NTE 2 grams/ 24 hours □ Consent □ Refse | | |
| | Diphenhydramine 50 mg PO at bedtime PRN insomnia, MR X 1 after 1 hour □ Consent □ Refse | | |
| | Diphenhydramine 50 mg PO q 1 hour PRN acute extrapyramidal symptoms, NTE 200 mg/ 24 hours. □ Consent □ Refse | | |

| DATE | TIME | MEDICATION/DOSE/ROUTE/SITE | REASON GIVEN | SIGNATURE/TITLE | TIME | RESULTS | SIGNATURE/TITLE |
|---|---|---|---|---|---|---|---|

Transcription: Signature/ Title/ Initials



**Community Health Network**
**San Francisco General Hospital**
**Medical Center**

**DEPARTMENT OF PSYCHIATRY**

WALKER , JEFFREY
DOB 9/18/1963
076254352 P T

MR# 2543201212   01/17/0(

**INFORMED CONSENT**
**FOR PSYCHIATRIC MEDICATIONS**

Patient ID / Addressograph

PCP -

| **Part I** | Your physician has prescribed the following medication(s). In order to make an informed decision, you must be provided with sufficient information (both verbal and written) which shall include the following:

1. the nature of your psychiatric condition (diagnosis)
2. the reasons for taking such medication(s) (desired helpful effects), including the likelihood of improving or not improving without such medication(s)
3. the reasonable alternative treatments available, if any
4. the name, dosage, frequency, route of administration and duration of prescribed medication(s) (See below)
5. the possible side effects of the medication(s) known to commonly occur (also see "Medications for Mental Health" pamphlet)
6. **for antipsychotic medication only:** there are possible additional side effects which may occur if you take the medication(s) beyond three months. You are being advised that such side effects may include persistent involuntary movement of the face or mouth or might at times include similar movement of the hands and feet, and that these symptoms of tardive dyskinesia may be potentially irreversible and may appear after the medication(s) have been discontinued
7. your consent, once given, may be withdrawn at any time by stating such intention to any member of the treating staff

| **Part II** |

- Antianxiety agents, specifically _Ativan_, by _PO/IM_(route) _1_ mg, up to _8_ mg/day
- Antidepressants, specifically _____, by _____ (route) _____ mg, up to _____ mg/day
- Anti-extrapyramidal (EPS), specifically _Benadryl_, by _PO/IM_ (route) _25_ mg, up to _200_ mg/day
- Antipsychotics, specifically _Haldol_, by _PO/IM_ (route) _2.5_ mg, up to _10_ mg/day
- Antipsychotics, specifically _____, by _____ (route) _____ mg, up to _____ mg/day
- Mood Stabilizers, specifically _____, by _____ (route) _____ mg, up to _____ mg/day
- Psychostimulants, specifically _____, by _____ (route) _____ mg, up to _____ mg/day
- Sedative/Hypnotics, specifically _Benadryl_, by _PO_ (route) _25_ mg, up to _200_ mg/day
- Other (specify) _Ativan for insomnia_, by _PO_ (route) _1_ mg, up to _4_ mg/day
- Other (specify) _____, by _____ (route) _____ mg, up to _____ mg/day
- Other (specify) _____, by _____ (route) _____ mg, up to _____ mg/day

| **Part III** |

Your signature below constitutes your acknowledgment

- that the medication(s) and treatment set forth above have been adequately explained and/or discussed with you
- that you have received all of the information you desire concerning such medication(s) and treatment
- that you have received written material on prescribed psychotropic medication(s)

**Please check one of the following:**

❑ I hereby declare that I have had the opportunity to discuss information about medication recommendations with the doctor responsible for my treatment in this facility, and I consent to this treatment plan. Furthermore, I understand that after signing this consent I still have the right to refuse any dose of medicine or to withdraw my consent altogether if I so choose.

❑ I hereby refuse to consent to the treatment(s) recommended. I understand that my doctor and the hospital staff will continue to offer me medicine, and information about it, but that I may still continue to refuse the medicine.

❑ The patient verbally consents to the recommended treatments, but cannot or will not sign the form because: _____

❑ The patient is unable or unwilling to participate fully in the informed consent process, but either:
   a) Indicates willingness to accept the recommended treatment, or,
   b) Cannot or will not indicate a choice about the recommended treatment.
   We will therefore plan to regularly offer the recommended medication to the patient and continue to try to engage him/her in the informed consent process; but we will not attempt to force or coerce his/her co-operation except in an emergency.

Date _1830_ Time _1/17/0_ Patient/Representative: _____ (Signature) Relationship: _MD_ (Self/Parent/Guardian/Conservator)

Date _____ Time _____ Physician: _____ (Print) _____ (Signature) _____ ID# _____

Date _____ Time _____ Witness: _____ (required if patient is unable or unwilling to sign) Interpreter: _____

5772505 (Rev. 10/04)    ORIGINAL - MEDICAL RECORD    COPY - PATIENT

1, San Quentin state prison

Follow up - For Hearing x

EXHIbit B



Walker, Jeffrey
01625432
F11343

## San Quentin State Prison
## Health Information Services
### San Quentin, CA 94964 — extension 5589
415-454-1460
415-455-5002 - fax

No. of pages  2

DATE:  1/24/06
From:  V Cafaro MD      Dr Aydek
       S. mann RN

Company:  SFGH
Attention:  Med Records
Phone Number:  206 8000
Fax Number:  415  206  3242
RE:  Jeffrey Walker      01625432

( )URGENT    ( ) YOUR REVIEW    ( )REPLY ASAP    ( )PLEASE COMMENT

NOTES/COMMENTS:

Please send notes from medical ER
visit  Jan 17 2006 - pt was seen for lacerator

2nd page has consent for records

WARNING: THIS FAX CONTAINS CONFIDENTIAL MEDICAL INFORMATION. The medical information in this FACSIMILE message is confidential and privileged. It is unlawful for unauthorized persons to review, copy, disclose or disseminate confidential medical information. If the reader of this warning is not the intended recipient's agent, you are hereby notified that you have received this fax message in error and that review or further disclosure of the information contained therein is strictly prohibited. If you have received this Fax in error, please notify us immediately at the telephone number indicated above, and return the original message to us by mail.

Thank you      V Cafaro      #11075

# FAX



RECEIVED

JAN 2 4 2006

SAN FRANCISCO GENERAL HOSPITAL
HEALTH INFORMATION

DATE: Tues 1/24/06

NUMBER OF PAGES INCLUDING COVER SHEET: 2

RECEIVED
2006
SAN FRANCISCO GENERAL HOSPITAL
HEALTH INFORMATION SERVICES

TO:
SF Gen Medical Records

Attn: Karen, Anna

COPIED BY

PHONE:    JAN 24 2006

FAX #: 415-206-862 FOTO-MED SOLUTIONS

FROM:

S. MANN, RN, UM
UTILIZATION MANAGEMENT

PHONE: (415) 454-1460 ext. 5589

FAX #: (415) 455-5002

REMARKS:

Re: Pt Walker, Jeffrey  MR# 01625432

THESE DOCUMENTS ARE CONFIDENTIAL AND INTENDED ONLY FOR THE RECEIPIENT ABOVE.

Need detailed information re: Dr. that
Sutured pt's wrist / supposedly told
pt he had follow-up appointment by this
Dr.   Currently, pt refusing treatment
until this is clarified.

    Thank you so much —
    Dr. Aydar   (415) 454-1460 ext. 5502
    or Stephanie Mann RN (above)

COPIED BY
JAN 24 2006
FOTO-MED SOLUTION

RECEIVED JAN 2 6 2006
F11343

**Community Health Network**
**San Francisco General**
**Hospital Medical Center**

DOB  *Walker,*

MRN  *f.*

PCP

## CONSULTATION REPORT

Patient ID/Addressograph        Location _____

**TO:** *Hand Surgery*
(CONSULTING SERVICE LOCATION)

**FROM:**
(REQUESTING SERVICE)

**REASON FOR CONSULTATION**

(L) wrist laceration

| ATTENDING PHYSICIAN'S NAME (PRINT) | RESIDENT PHYSICIAN'S NAME (PRINT) | BEEPER NO. | DATE |
|---|---|---|---|
|  |  |  |  |

### CONSULTANT'S REPORT

47y/o ♂ slit (L) wrist on suicide attempt

c/o weakness in 4th ≈ 5th digit

P. medes | Psurg | Meds | All NKDA
∅ | ∅ | ∅

PE: AVSS

(L) wrist

5/5 flexion
∅ sensory deficit



A/P wrist lac partial tendon lac ∅
            deficits on exam
① hand clinic c Tuesday 1/24/06 @ 9AM 3M
② wash out ③ keflex x 5 days
④ extensor splint ⑤ 1° repair

dw Dr.
Pridor

5 cm
laceration
c minimal
shredding
of underlying
extensor
tendon

| ATTENDING PHYSICIAN'S NAME (PRINT) | SIGNATURE | PHYSICIAN NO. | DATE |
|---|---|---|---|
|  |  |  |  |

USE PATIENT PLATE

WALKER JEFFREY
09/18/1963  M 01685432 E 4

162543201121  01/17/06
SLID SCALE PEND 419
PCP -
*Jeffrey Walker*

F11343

| BP | PULSE | RESP | TEMP | PEDI-WT |
|----|-------|------|------|---------|
| 148/90 | 75 | 16 02 Sat 100 | 36.5 | |

Zone _____  Room _____  Time _____

## HISTORY OF PRESENT ILLNESS

Seen by (Name) **Warner** #11390  Time __16³⁰__
☐ Attending  ☑ Resident  ☐ NP ☐ MS
Signed out to: _____  #_____  Time _____

**CHIEF COMPLAINT:** ® wrist lac @ 13³⁰     MEDS ( ? )

HPI- Describe in one or more as appropriate: Location, Quality, Severity, Timing,
Associated signs & symptoms, Context, Modifying factors, Duration, etc.

DRUG ALLERGY: ( ? )

MEDICAL HX ( ? )

Last Tetanus: _____
☐ Drugs  ☐ Alcoholism
☐ IVDU  ☐ HIV  ☐ Tobacco
☐ Heroin  ☐ Cocaine  ☐ Amphetamines
PCP Name:
Location:
☐ Case Discussed  ☐ Left Message
FAMILY HX
SOCIAL HX  *incarcerated*
☐ Homeless
☐ DV

## REVIEW OF SYSTEMS
Unobtainable: ☑ Patient Unable  ☐ Patient Unstable
*Slash = not present, Circle = present*

CONSTITUTIONAL: fever, chills, weight change
SKIN: rash, hives, lesions
HEMATOLOGIC: bleeding, bruising
EYES: visual problem, discharge, redness
ENT: earache, hearing change, epistaxis, congestion, sore throat, tinnitus
RESPIRATORY: SOB, wheezing, cough, sputum, hemoptysis, pleuritic CP, leg pain
CARDIOVASCULAR: chest pain, palpitations, syncope, orthopnea, PND, edema
GASTROINTESTINAL: belly pain, nausea, vomiting, constipation, diarrhea, bleeding
URINARY: dysuria, frequency, urgency, hematuria, nocturia
REPRODUCTION: discharge; abnormal bleeding, LMP: ___ G: ___ P: ___
MUSCULOSKELETAL: pain, limited motion, redness, swelling
NEUROLOGIC: weakness, numbness, incoordination, HA, seizures
PSYCHIATRIC: hallucinations, delusions, paranoia, suicidal ideation

## PHYSICAL EXAM   *Check = normal exam finding, Circle = area for description of abnormal or relevant finding*

GENERAL: ☑ NL appearance
SKIN: ☑ no rash, lesions ☐ no induration ☐ no laceration
   ® wrist: shallow 6cm transverse lac, one tendon ? visible ? tendon injury
LYMPH: Adenopathy ☐ no cervical ☐ no axillary ☐ no inguinal
   ROM, cap refill, pulses intact.
EYES: ☐ NL lids & conjunctivae ☐ PERRL, EOMI ☐ NL fundi
HENT: ☑ head/face nontender ☐ NL TMs, canals
   ☐ NL nose, nasal passages ☑ NL mouth, throat
NECK: ☑ symmetric w/o mass ☐ NL thyroid ☐ supple
CHEST: ☑ nontender ☐ NL breasts
LUNGS: ☑ NL effort ☐ NL auscultation ☑ NL percussion
HEART: ☑ NL sounds w/o murmur, gallop, rub ☑ no edema
   ☐ NL cap refill  Pulses: ☐ NL carotid ☐ NL femoral ☐ NL pedal
ABDOMEN: ☑ nontender w/o masses ☐ no HSM ☐ no hernia ☐ NL rectal ☐ heme (-) ☐ no CVAT
GENITALIA M-: ☐ NL penis ☐ NL scrotal contents ☐ NL prostate
GENITALIA F-: ☐ NL BUS ☐ NL cervix w/o discharge ☐ NL uterus ☐ NL adnexae
MUSC/SKEL: ☐ nontender neck w/ FROM ☐ nontender back, pelvis
   ☑ NL RUE, LUE, RLE, LLE ☐ NL joints, nails
NEUROLOGIC: ☐ A&O x 3 ☐ NL CN 2-12 ☐ NL sensation ☐ NL DTRs, no pathologic reflexes
   GCS: E: ___ V: ___ M: ___ ☐ NL strength ☐ NL gait ☐ NL cerebellar
PSYCHIATRIC: ☐ no suicidality ☐ no hallucinations ☐ no paranoia ☐ no delusions

1. Evidence of past cutting of wrist previous to being housed in section O unit on 1-7-06

2. Noting 3 times cut wrist in 1 day with Razor

3. physical theorapy ordered statted 7-70 6

EXHibit (C)

fornia Medical Facility    **PSYCHIATRIST PROGRESS NOTE**    Department of Corrections and
**Page 2**

**Subjective**  This pt has a hx of self injurous behavior. In the past year pt had one episode of cutting himself with a razor 3 times in one day which included reopening sutures and partial cutting of a tendon. Idc reports he only reacts to these impulses when double cell. When single celled no hx of self injurous behavior. No hx of self injurous behavior outside of prison.

MSE  (+) severe anxiety (+) poor impulse control.

(+) honorable identity when double celled, no overt psychosis. Spch is coherent and logical. good concentration, good attention, insight fair, judgment poor.

**Assessment**

Axis I   Impulse control disorder
         prom Anxiety disorder severe
Axis II  Personality Disorder (paranoid + borderline features)

**Plan**

pt refuses psychiatric medications at this time he stated when double celled I wish to remain silent. Rec

Δ to EOP Idc with temporary single cell.

**Polypharmacy/Medication not matching Diagnosis**

Date  12/4/06   Psychiatrist    James    [signature] MD

**PSYCHIATRIST PROGRESS NOTES**
**MH 3**
**Page 2**

**Confidential Patient/Client Information**
Department of Corrections
and Rehabilitation          State of California

| LEVEL OF CARE | | |
|---|---|---|
| GP | CDC# | F11343 |
| | Last Walker | First Jeffery |
| | DOB 9/18/63 | Institution CMF |
| | Eth Bla | House I-132u |

# ● ●UCDAVIS ● ●
## HEALTH SYSTEM
### TELEMEDICINE



February 08, 2006

RE:   WALKER, JEFFREY
MR#: 1803979
DOB: 09/18/1963
Date of Service: 02/08/2006
CDC#(F11343)

Donald Calvo, M.D.
California Department of Corrections
San Quentin State Prison
San Quentin, CA 94964

Dear Dr. Calvo:

Thank you very much for requesting a consultation on behalf of Jeffrey
Walker, whom I had the pleasure of seeing in Orthopedic Telemedicine
Clinic.

History Of Present Illness:
As you know, Mr. Walker is a gentleman who had a self-inflicted
laceration wound to his left wrist on 01/17/2006. He was evaluated at
San Francisco General Hospital where they felt that he had a partial
flexor tendon laceration with probable compressive neuropathy and not
a nerve transection. He had a superficial laceration repair, was put
in an extensor wrist brace, and was given ibuprofen for the pain and
discomfort. He is here for a postoperative check. He is right-handed.
He has never had a history of wrist lacerations or problems like this
in the past. He initially was taken ibuprofen, but is discontinued. He
has a complaint of the inability to fully make a fist at this stage.
He has some intermittent paresthesias affecting his fingertips, no
significant motor weakness. At this stage, he feels like he is having
some improvement in his ability to move the fingers. The paresthesias
are indeed intermittent. He cannot fully make a fist.

Past Surgeries:
1.    Status post some sort of abdominal surgery as a child.
2.    Left wrist superficial laceration repair.

Medical Illnesses:
Medical illnesses include adjustment disorder, hypertension, partial
left flexor tendon laceration.

Medications:
Ibuprofen.

Allergies:
Vistaril and Elavil.

Family History:
Noncontributory.

Social History:
He is incarcerated.

HP345 → 10/103

RE:   WALKER, JEFFREY
MR#:  1803979

Page 2

Review of Systems:
I refer to the paper medical record.

Physical Examination:
On physical examination, he is an alert, pleasant, cooperative
gentleman with his left wrist in an extensor-type brace. There is a
well-healed surgical scar in the flexor tendon area of the wrist.
Motor and sensory testing of radius, ulnar, and median nerves reveal
intact strength and normal sensation. He is able to curl his fingers
easily. He is not able yet to make a fist. He is able to extend the
fingers completely.

Assessment:
Superficial wrist flexor partial tendon laceration. Good motor and
sensory control at this point.

Plan:
I would like to obtain and EMG and nerve conduction studies two months
from the time of the injury, which would be approximately mid to late
March. I explained to Mr. Walker that I feel that he clearly does not
have a complete nerve transection, but there is evidence of a
compressive neuropathy. I feel at this stage that he should continue
to be in the splint for an additional two weeks minimum, possibly two
to four weeks. I have recommended vitamin C and glucosamine to help
the tendon to heal with proper nutritional support. I would like to
see him back after the nerve conduction studies. AT that point, he may
be a good candidate for hand therapy.

The patient was educated in the impression and the plan of care.

Thank you very much for your kind request for consultation.

Sincerely yours,


JEFFREY L TANJI, MD
ASSOCIATE MEDICAL DIRECTOR
DIVISION OF UCDHS PRIMARY CARE NETWORK
DEPARTMENT OF SPORTS MEDICINE
*THIS WAS ELECTRONICALLY SIGNED - 02/09/2006 10:50 AM PST BY:*




JLT:js(ml006)

D:    02/08/2006 10:14 AM
T:    02/09/2006 10:07 AM
C#:   1610317

Mr. Walker "A7706" Occupational Therapy
Home Exercise Program

**FINGER - 34**
Flexor Tendon Gliding (Active Full Fist)



Start with fingers straight,
make a fist bending all joints of fingers.
Repeat __10__ times. Do __2__ sessions per day.
Copyright VHI 1993

**FINGER - 33**
Flexor Tendon Gliding (Active Hook Fist)

With fingers and knuckles straight, bend middle and tip joints.
Keep large knuckles straight.

Repeat __10__ times.
Do __2__ sessions per day.



Copyright VHI 1993

**FINGER - 36**
PIP / DIP Composite Flexion (Passive Stretch)

Use other hand to bend
middle and tip joints
of __each__ finger.

Hold __5__ seconds.

Repeat __10__ times.
Do __2__ sessions per day.

Copyright VHI 1993



**FINGER - 35**
Flexor Tendon Gliding (Active Straight Fist)



Start with fingers straight, bend knuckles and middle joints.
Keep fingertip joints straight to touch base of palm.
Repeat __10__ times. Do __2__ sessions per day.
Copyright VHI 1993

**FINGER - 37**
MP / PIP / DIP Composite Flexion (Passive Stretch)



Use other hand to
bend __all__ finger
at all three joints.

Hold __5__ seconds.

Repeat __10__ times.
Do __2__ sessions per day.

*Copyright VHI 1993*

**FINGER - 38**
Composite Flexion (Active Extensor Stretch)



Curl fingers into fist, bend wrist down and straighten elbow.
Hold __5__ seconds.
Repeat __10__ times. Do __2__ sessions per day.
*Copyright VHI 1993*

**FINGER - 39**
Composite Extension (Passive Flexor Stretch)



Sitting with elbows on table and palms together, slowly lower
wrists to table until a stretch is felt. Be sure to keep palms
together throughout stretch. Hold __5__ seconds. Relax.
Repeat __10__ times. Do __2__ sessions per day.
*Copyright VHI 1993*

Evidence E.O. P     For

Appointment of counsel

EXHIBIT     D

California Medical Facility  **CASE MANAGER PROGRESS NOTE**  Department of Corrections and Rehabilitation
for
**Bipolar I Disorder**

| Number | F11343 | Last | Walker | First | Jeffery | House | L-314S | Date | 12/6/06 | | CMF |
|---|---|---|---|---|---|---|---|---|---|---|---|

## The Controlling Axis I Diagnosis for this patient is:

Bipolar I Disorder, Most Recent Episode Depressed, Severe with Psychotic Features

**Axis II**

| Paranoid Personality Disorder | | Previous Suicide Attempts | Yes | Number of Previous Attempts | 4 |
|---|---|---|---|---|---|

**Axis III**

| | Year of Last Attempt | 2006 |
|---|---|---|

Pandering

Keyhea Expires  Release Date
1/10/15

| Current Bipolar Score | 27 |
|---|---|
| Previous Bipolar Score | |

| **Current Problem List** | **Current Status** | **Risk Assessment** | |
|---|---|---|---|
| Hypomania | Remains the same | Suicide Low | |
| Paranoia | Appears to be getting worse | Aggressive Low | Spell Check |
| Suicidal Threats | Denies current suicide ideation | Self Injury Medium | |
| **Reason Seen** Consult | **Date Seen** 12/4/06 | Unpredictable Low | |

## Plan from last MH-2

Because of inmate's hypomania, paranoia, and threats to cut his wrists he should be considered for Keyhea in the future if he acts on his threats or otherwise meets Keyhea criteria. He was changed from CCCMS to GP on 7/3/06 but will be changed back to CCCMS per 11/22/06 IDTT decision.   According to the NP he is no longer in need of OHU so will probably transfer soon to a CCCMS LOC unit.

## Subjective

Patient returned to I-3 from L-3 on 12/3/06. He reported the following sxs as a result being double-celled: increased anxiety, shortness of breath, & flashbacks. He stated, "I'm like a time bomb," when reporting his emotional state. He reported AH that told him to get cellee before he gets to him; but stated that he may harm self first. He felt as though he was in harm's way because of family member in law enforcement & testimonial against custody staff in previous legal case. Also, endorsed having ESP as per "God's blessing."

## Objective

Patient was casually dressed & neatly groomed. He was ambulatory; slender. He was cooperative & communicative. Mild psychomotor agitation noted. Speech rate, rhythm, & volume were WNL. Mood was dysthymic, affect was tearful, anxious. Thought content was on housing issues & safety; thought process was circular & illogical, but directable. Insight & judgment appeared to be poor. Patient denied any SI, endorsed possible harm to self; & maybe cellee. Endorsed AH; denied VH.

## Assessment

Patient was oriented X3. He appeared to be more distressed & hypervigilant than at interview a few days ago. He was interviewed by Dr. McCarver & this writer. Referral to an Intermediate LOC Facility was considered, but not needed given patient's claim that he would harm self before others if not in single cell. At this time, he continues to not seem appropriate for CCCMS LOC.

## Plan

Referred to Dr. James for medication evaluation. Patient refused medication. He will be referred to EOP LOC with temporary single cell until patient can be stabilized enough to return to CCCMS LOC.

## Education

| Date Arrived on Wing | 6/26/06 | | Clinician | Mitchell | |
|---|---|---|---|---|---|

**CASE MANAGER PROGRESS NOTES**
**MH-3**

**Confidential Patient/Client Information**

Department of Corrections
and Rehabilitation    State of California

CCCMS

Date Printed
12/6/06

| CDC# | F11343 | | |
|---|---|---|---|
| Last | Walker | First | Jeffery |
| DOB | 9/18/63 | Institution | CMF |
| Eth | Bla | House | L-314s |

California Medical Facility                          **CASE MANAGER PROGRESS NOTE**                          Department of Corrections and Rehabilitation
for
**Bipolar I Disorder**

| Number | F11343 | Last | Walker | First | Jeffery | House | G-311L | Date | 12/1/06 | CMF |
|--------|--------|------|--------|-------|---------|-------|--------|------|---------|-----|

**The Controlling Axis I Diagnosis for this patient is:**
Bipolar I Disorder, Most Recent Episode Depressed, Severe with Psychotic Features

Axis II
Paranoid Personality Disorder

**Previous Suicide Attempts** | Yes          **Number of Previous Attempts** | 4

Axis III

**Year of Last Attempt** | 2006

Pandering

Keyhea Expires Release Date    1/10/15

**Curent Bipolar Score** | 27
**Previous Bipolar Score**

| Current Problem List | Current Status | Risk Assessment | |
|----------------------|----------------|-----------------|--|
| Hypomania | Appears to be getting worse | Suicide | Low |
| Paranoia | Appears to be getting worse | Aggressive | Low |
| Suicidal Threats | Denies current suicide ideation | Self Injury | Medium |
| | | Unpredictable | Low |

**Spell Check**

| Reason Seen | Consult | Date Seen | 12/1/06 |
|-------------|---------|-----------|---------|

**Plan from last MH-2**
Because of inmate's hypomania, paranoia, and threats to cut his wrists he should be considered for Keyhea in the future if he acts on his threats or otherwise meets Keyhea criteria. He was changed from CCCMS to GP on 7/3/06 but will be changed back to CCCMS per 11/22/06 IDTT decision. According to the NP he is no longer in need of OHU so will probably transfer soon to a CCCMS LOC unit.

**Subjective**
Consult requested by Unit I CC2 Prebula. Patient stated that he arrived at I-1 this afternoon & found that his 'S' suffix had been removed. He reported that he had single cell due to hx of violence toward cellee as result of "inappropriate touching" by a cellee in 1994. He attempted suicide & later became violent toward all cellees. He stated that he has thoughts of harming his cellee, but doesn't want to hurt him. He feels angry, depressed, irritable, intrusive thoughts of past assault, & paranoia regarding current situation have increased.

**Objective**
Patient was casually dressed & neatly groomed. He was ambulator; slender. He was cooperative & communicative. No psychomotor agitation noted. Speech rate, rhythm, & volume were WNL. Mood was dysthymic, affect was tense, anxious. Thought content was on single cell needs; thought process was circumstantial, but directable. Insight & judgment appeared to be poor. Patient denied any SI, endorsed desire to harm cellee. No VH/AH endorsed or observed.

**Assessment**
Patient was oriented X3. He presented as distressed & hypervigilant. He is unpredictable per his report & presentation. As patient had just arrived to CCCMS, he had not yet received an interview or assessment by the team. At this time, he doesn't appear to be appropriate for placement in CCCMS; but requires a higher LOC.

**Plan**
Custody officers, CC2 Prebula & CC1 Haley, were advised & agreed to move patient to higher level of care. Patient was moved to EOP status for further evaluation & determination of appropriate housing needs.

**Education**

| Date Arrived on Wing | 6/26/06 | Clinician | Mitchell |
|----------------------|---------|-----------|----------|

| CASE MANAGER PROGRESS NOTES | GP | CDC# | F11343 | | |
|------------------------------|----|------|--------|--|--|
| MH 3 | | Last | Walker | First | Jeffery |
| Confidential Patient/Client Information | | DOB | 9/18/63 | Institution | CMF |
| Department of Corrections and Rehabilitation | State of California | Date Printed 12/1/06 | Eth | Bla | House | G-311l |

California Medical Facility

**CASE MANAGER PROGRESS NOTE**
**for**
**Bipolar I Disorder**

Department of Corrections and Rehabilitation

| Number | F11343 | Last | Walker | First | Jeffery | House | G-311L | Date | 12/1/06 | CMF |

**The Controlling Axis I Diagnosis for this patient is:**
Bipolar I Disorder, Most Recent Episode Depressed, Severe with Psychotic Features

**Axis II**
Paranoid Personality Disorder

**Previous Suicide Attempts** Yes    **Number of Previous Attempts** 4

**Axis III**

**Year of Last Attempt** 2006

Pandering

Keyhea Expires    **Release Date** 1/10/15

**Current Bipolar Score** 27
**Previous Bipolar Score**

**Current Problem List** | **Current Status** | **Risk Assessment**
Hypomania | Appears to be getting worse | Suicide Low
Paranoia | Appears to be getting worse | Aggressive Low
Suicidal Threats | Denies current suicide ideation | Self Injury Medium

Spell Check

**Reason Seen** Consult    **Date Seen** 12/1/06    Unpredictable Low

**Plan from last MH-2**
Because of inmate's hypomania, paranoia, and threats to cut his wrists he should be considered for Keyhea in the future if he acts on his threats or otherwise meets Keyhea criteria. He was changed from CCCMS to GP on 7/3/06 but will be changed back to CCCMS per 11/22/06 IDTT decision. According to the NP he is no longer in need of OHU so will probably transfer soon to a CCCMS LOC unit.

**Subjective**
Consult requested by Unit I CC2 Prebula. Patient stated that he arrived at I-1 this afternoon & found that his 'S' suffix had been removed. He reported that he had single cell due to hx of violence toward cellee as result of "inappropriate touching" by a cellee in 1994. He attempted suicide & later became violent toward all cellees. He stated that he has thoughts of harming his cellee, but doesn't want to hurt him. He feels angry, depressed, irritable, intrusive thoughts of past assault, & paranoia regarding current situation have increased.

**Objective**
Patient was casually dressed & neatly groomed. He was ambulatory; slender. He was cooperative & communicative. No psychomotor agitation noted. Speech rate, rhythm, & volume were WNL. Mood was dysthymic, affect was tense, anxious. Thought content was on single cell needs; thought process was circumstantial, but directable. Insight & judgment appeared to be poor. Patient denied any SI, endorsed desire to harm cellee. No VH/AH endorsed or observed.

**Assessment**
Patient was oriented X3. He presented as distressed & hypervigilant. He is unpredictable per his report & presentation. As patient had just arrived to CCCMS, he had not yet received an interview or assessment by the team. At this time, he doesn't appear to be appropriate for placement in CCCMS; but requires a higher LOC.

**Plan**
Custody officers, CC2 Prebula & CC1 Haley, were advised & agreed to move patient to higher level of care. Patient was moved to EOP status for further evaluation & determination of appropriate housing needs.

**Education**

**Date Arrived on Wing** 6/26/06    Clinician Mitchell

CASE MANAGER PROGRESS NOTES
MH 3
Confidential Patient/Client Information
Department of Corrections and Rehabilitation    State of California

GP

Date Printed 12/6/06

CDC# F11343
Last Walker    First Jeffery
DOB 9/18/63    Institution CMF
Eth Bla    House G-311I

February 8, 2008

Mr. Jeffery Walker - F 11343
CMF
P. O. Box 2000
Vacaville, CA 95696-2000

Dear Mr. Walker

I am returning your documents back to you. You have mailed it to the wrong courthouse. The documents were
mailed to San Francisco Superior Court and your pleadings state United States District Court.
Thank you

Rani Edwards
Supervisor
Criminal Records
Hall of Justice

*Sent to wrong court.*

*Filing was on time.*

Jeffery Walker F-13343
CMF P.O. Box 2000
Vacaville CA 95696-2000

Confidential
Legal mail

Attn: Clerk

Hall of Justice
850 Bryant st
San Francisco CA 94103

CA MEDICAL FACILITY
FIRST CLASS

UNITED STATES POSTAGE
$ 02.33⁰
MAILED FROM ZIP CODE 95687

Jeffery Walker F11343
CMF P.O.Box 2000
Vacaville CA 95696-2000

Confidential
Legal mail

RECEIVED

FEB 2 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

John, Clerk

Northern District of California
450 Golden Gate Ave
S.F. 94102-3443

CA MEDICAL FACILITY

UNITED STATES POSTAGE
$ 02.3