E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jeffery Eugene Walker Sr

       Plaintiff,

vs.

Jane Doe
City county and state
Mental health

       Defendant.

CV 08 1265 CRB

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

(PR)

I, Jeffery Eugene Walker Sr, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  _Business owner Mr. Wonderful entertainment_
4  _____
5  _____

6  2.   Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8       a.   Business, Profession or                    Yes ___ No ✓
9            self employment
10      b.   Income from stocks, bonds,                 Yes ___ No ✓
11           or royalties?
12      c.   Rent payments?                             Yes ___ No ✓
13      d.   Pensions, annuities, or                    Yes ___ No ✓
14           life insurance payments?
15      e.   Federal or State welfare payments,         Yes ___ No ✓
16           Social Security or other govern-
17           ment source?
18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.
20  _____
21  _____

22  3.   Are you married?  _seperated 14 yrs_           Yes ✓ No ___
23  Spouse's Full Name:  _Angela Marie Walker (Thomas)_
24  Spouse's Place of Employment:  _Unknown_
25  Spouse's Monthly Salary, Wages or Income:
26  Gross $ _Unknown_      Net $ _—_
27  4.   a.   List amount you contribute to your spouse's support: $ _None_
28       b.   List the persons other than your spouse who are dependent upon you for support

1   , and indicate how much you contribute toward their support. (NOTE: For minor
2   children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3   My Family has custody of our kids
4   _____

5. Do you own or are you buying a home?    Yes ___ No ✓
Estimated Market Value: $_____✓_____ Amount of Mortgage: $_____✓_____

6. Do you own an automobile?    Yes ___ No ✓
Make ____✓____ Year ____✓____ Model ____✓____
Is it financed? Yes ✓ No ✓    If so, Total due: $ ____✓____
Monthly Payment: $ ____✓____

7. Do you have a bank account? Yes ✓ No ___ (Do not include account numbers.)
Name(s) and address(es) of bank: Wells Fargo
_____
Present balance(s): $ Negative
Do you own any cash? Yes ___ No ✓ Amount $ _____
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ✓
_____

8. What are your monthly expenses?
Rent: $ Im in custody    Utilities: ___—___
Food: $ ___—___    Clothing: ___—___
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| — | $ — | $ — |
| — | $ — | $ — |
| — | $ — | $ — |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

1  _____
2  _____
3  10.   Does the complaint which you are seeking to file raise claims that have been presented in
4  other lawsuits?   Yes ____ No ✓
5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6  they were filed.
7  _____
8  _____

9        I consent to prison officials withdrawing from my trust account and paying to the court the
10  initial partial filing fee and all installment payments required by the court.
11       I declare under the penalty of perjury that the foregoing is true and correct and understand
12  that a false statement herein may result in the dismissal of my claims.

13
14  _1-13-08_           _Jeffery Eugene Walker Sr._
15     DATE                  SIGNATURE OF APPLICANT

Case Number: _____

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

F11343

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __WALKER, J.__ for the last six months at
[prisoner name]
__CMF__ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __0__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __0__.

Dated: __12-13-07__          __m. Soares__
                             [Authorized officer of the institution]

```
REPORT ID: TS3030  .701                                                                              REPORT DATE: 12/13/07
                                                                                                     PAGE NO:           1
                                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                                          CALIFORNIA MEDICAL FACILITY
                                        INMATE TRUST ACCOUNTING SYSTEM
                                        INMATE TRUST ACCOUNT STATEMENT

                         FOR THE PERIOD: JUL. 13, 2007 THRU DEC. 13, 2007

ACCOUNT NUMBER : F11343                              BED/CELL NUMBER: MIL000000001365
ACCOUNT NAME   : WALKER, JEFFERY                             ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                                     TRUST ACCOUNT ACTIVITY

              << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                                     TRUST ACCOUNT SUMMARY

  BEGINNING        TOTAL         TOTAL         CURRENT         HOLDS         TRANSACTIONS
  BALANCE         DEPOSITS    WITHDRAWALS      BALANCE        BALANCE        TO BE POSTED
  ---------      ---------    -----------    ----------     ----------     ---------------
    0.00            0.00          0.00           0.00           0.00             0.00

                                                                            CURRENT
                                                                           AVAILABLE
                                                                            BALANCE
                                                                         -------------
                                                                              0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 12-13-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
   TRUST OFFICE

STATE OF CALIFORNIA **INMATE REQUEST FOR INTERVIEW** DEPARTMENT OF CORRECTION
GA-22 (9/92)

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| Dec-11-07 | Trust | Walker | F11343 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | |
|---|---|---|---|---|
| L-136 | | E.O.P. | FROM — | TO — |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | ASSIGNMENT HOURS | |
|---|---|---|
| | FROM — | TO — |

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Need you to document all Three Trust Account certificate of Funds for 3 seperate cases.

Do NOT write below this line. If more space is required, write on back.

INTERVIEWED BY                                                                    DATE

DISPOSITION   Done 12-13-07 ~l.